UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| ALFONSO JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | 3:09-cv-00112-LRH (VPC) |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| ELY STATE PRISON, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#10[1]) entered on May 15, 2009, in which the Magistrate Judge recommends that the Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction (#1) be denied and the case be dismissed without prejudice.

On May 28, 2009, Plaintiff filed a motion for enlargement of time to file objections (#12) and Defendant filed its non-opposition to Plaintiff's motion (#14) on June 9, 2009. Since then, no objections have been filed and the only document received by the court from Plaintiff is a rambling letter (#15) with similar complaints as were considered by the Magistrate Judge. The telephonic hearing requested in such letter (#15) is therefore denied. No sufficient grounds or objections have been presented by Plaintiff that would cause the court not to accept the Magistrate Judge's Report and

---

[1] Refers to court's docket number.

1  Recommendation (#10).

2  The Court has considered the pleadings and memoranda of the parties and other relevant
3  matters of record and has made a review and determination in accordance with the requirements of 28
4  U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

5  ADOPTS AND ACCEPTS the Report and Recommendation of the United States
6  Magistrate Judge (#10); therefore, Plaintiff's Motion for a Temporary Restraining Order and/or
7  Preliminary Injunction (#1) is denied and this case is dismissed without prejudice.

8  IT IS FURTHER ORDERED that the telephonic hearing requested in Plaintiff's letter (#15)
9  is denied.

10  IT IS SO ORDERED.

11  DATED this 19th day of November, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2