AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

ALFONSO JACKSON,

      Plaintiff,      JUDGMENT IN A CIVIL CASE
  V.

                        CASE NUMBER:  **3:09-CV-00112-LRH-VPC**

ELY STATE PRISON, et al.,

      Defendants.

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the court ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#10); therefore, Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction (#1) is denied and this case is dismissed without prejudice.
      **IT IS FURTHER ORDERED** that the telephonic hearing requested in Plaintiff's letter (#15) is denied.

   November 20, 2009                    **LANCE S. WILSON**
                                                                Clerk

                                                                  D. R. Morgan
                                                              Deputy Clerk